UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
| TERESITA CAYETANO, | 07-CV-5282 (AKH) |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| -against- | |
| 100 CHURCH LLC, ET AL., | |
| Defendants. | |

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendants **100 CHURCH LLC and ZAR REALTY MANAGEMENT CORP. n/k/a SAPIR REALTY MANAGEMENT CORP.** in the above-captioned action and all future correspondence and papers filed or serviced in connection with the above-captioned action are to be directed to the undersigned.

Dated:   New York, New York
         September 10, 2007

Yours etc.,

HARRIS BEACH PLLC
*Attorneys for Defendant*
**100 CHURCH LLC and ZAR REALTY MANAGEMENT CORP. n/k/a SAPIR REALTY MANAGEMENT CORP.**

_____/s/_____
Stanley Goos, Esq. (SG-7062)
100 Wall Street
New York, NY  10005
212 687-0100
212 687-0659 (Fax)

## CERTIFICATION OF SERVICE

The undersigned certifies that on September 10, 2007, I caused the following document to be electronically via the Court's ECF system:

1. Notice of Appearance (of Defendants 100 Church LLC and Zar Realty Management Corp. n/k/a Sapir Realty Management Corp.).

The undersigned further certifies that on September 10, 2007, I caused the aforesaid documents to be served via First Class Mail upon the following:

| | |
|---|---|
| Paul Napoli, Esq.<br>Worby Groner Edelman & Napoli Bern LLP<br>115 Broadway, 12th Floor<br>New York, New York 10006 | James E. Tyrrell, Esq.<br>Joseph Hopkins, Esq.<br>Patton Boggs LLP<br>1 Riverfront Plaza, 6th Floor<br>Newark, New Jersey 07102 |
| Robert A. Grochow, Esq.<br>Robert A. Grochow, P.C.<br>233 Broadway, 5th Floor<br>New York, New York 10279 | Thomas Egan, Esq.<br>Flemming Zulack Williamson Zauderer LLP<br>One Liberty Plaza<br>New York, New York 10006 |
| Gregory J. Cannata, Esq.<br>Law Offices of Gregory J. Cannata<br>233 Broadway, 5th Floor<br>New York, New York 10279 | *Liaison Counsel for the Defendants* |
| *Liaison Counsel for Plaintiffs* | |

Dated: September 10, 2007

/s/
Stanley Goos