UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
IN RE WORLD TRADE CENTER LOWER          : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION      :
:
:
-------------------------------------------------------------X
TERESITA CAYETANO,                      : 07-CV-05282-AKH
:
            Plaintiff,        :
:  **APPEARANCE**
- against -                             :
:
100 CHURCH, LLC, *et al.*,              :
: **ELECTRONICALLY FILED**
            Defendants.       :
:
-------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York         DICKSTEIN SHAPIRO LLP
       October 3, 2007

                            By:   /s/  Judith R. Cohen
                                   _____
                                Judith R. Cohen (JC-8614)
                                1177 Avenue of the Americas
                                New York, New York 10036
                                Phone: (212) 277-6500
                                Fax: (212) 277-6501

                                *Attorney for Defendant*
                                MERRILL LYNCH & CO., INC.

DOCSNY-271403v01