UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION                    21 MC 102 (AKH)

---

TERESITA CAYETANO,
                                                      07-CV-05282 (AKH)
        Plaintiff,


    -against-


100 CHURCH, LLC, ET. AL.,

        Defendants.

---

## NOTICE OF APPEARANCE

Please enter the appearance of John J. Henry, Esq., of the law firm of Whiteman Osterman & Hanna LLP, as counsel for Defendant TRC Engineers, Inc. in the above-captioned actions.

Dated:  Albany, New York
       October 29, 2007        WHITEMAN OSTERMAN & HANNA LLP

                                      BY:  _____
                                            John J. Henry (JH-7137)
                                            Attorneys for Defendant
                                                TRC Engineers, Inc.
                                           One Commerce Plaza
                                           Albany, New York  12260
                                           (518) 487-7650

2

## CERTIFICATE OF SERVICE

I, Carrie L. Lalyer, hereby certify that a true and correct copy of Defendant TRC Engineers, Inc.'s Notice of Appearance was served this 29th day of October, 2007, via ECF upon the ECF participants.

_____
Carrie L. Lalyer