KEVIN G. HORBATIUK (KG-4977)
MATTHEW P. MAZZOLA (MM-7427)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

IN RE COMBINED WORLD TRADE CENTER    21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------x

TERESITA CAYETANO,                   DOCKET NO.:
                                     07 CV 05282
                    Plaintiff,

    -against-

100 CHURCH, LLC, 120 BROADWAY        NOTICE OF
CONDOMINIUM (CONDO # 871), 120 BROADWAY   APPEARANCE
HOLDING, LLC., 120 BROADWAY PROPERTIES,
LLC., 120 BROADWAY, LLC, 80 LAFAYETTE
ASSOCIATES, LLC., AMBIENT GROUP, INC.,
AMERICAN EXPRESS BANK, LTD., AMERCIAN
EXPRESS COMPANY, AMERICAN EXPRESS
TRAVEL RELATED SERVICES, COMPANY, INC.,
B.R.. FRIES & ASSOCIATES, INC., BFP TOWER
C CO., LLC., BFP TOWER C MM LLC.,
BLACKMON-MOORING STEAMATIC
CATASTOPHE, INC., d/b/a BMS CAT, BLUE
MILLENNIUM REALTY, LLC., BOARD OF
MANAGERS OF THE 120 BROADWAY CONDOMINIUM,
(CONDO # 871), CENTURY 21, INC.,
CITIBANK, NA., CUNNINGHAM DUCT CLEANING CO.,
GPS ENVIRONMENTAL CONSULTANTS, INC.,
GRUBB & ELLIS MANAGEMENT SERVICES,
HILLMAN ENVIRONMENTAL GROUP, LLC.,
INDOOR AIR PROFESSIONALS, INC., INDOOR
ENVIRONMENTAL TECHNOLOGY, INC.,
LAW ENGINEERING, P.C., LEHMAN
BROTHERS HOLDINGS, INC., LEHMAN

BROTHERS, INC., LEHMAN COMMERCIAL PAPERS, INC., MAYORE ESTATES, LLC., MAYORE ESTATES, LLC., AND 80 LAFAYETTE ASSOCIATION, LLC., AS TENANTS IN COMMON, MERRILL LYNCH & CO., INC., MOODY'S HOLDINGS, INC., ROYAL AND SUNALLIANCE INSURANCE GROUP, PLC., SILVERTSTEIN PROPERTIES, INC., STONER AND COMPANY, INC., SUN LAU REALTY CORP., TRAMMELL CROW CORPORATE SERVICES, INC., TRC ENGINEERS, INC., WFP TOWER RETAIL CO., G.P., CORP., WFP RETAIL CO., L.P., and ZAR REALTY MANAGEMENT CORP.,

         **Defendants.**
-----------------------------------------------------------------x

To the Clerk of this Court and all parties of record:

 Enter my appearance as counsel in this case for:

    **CUNNINGHAM DUCT WORK s/h/i/a**
    **CUNNINGHAM DUCT CLEANING CO., INC.**

 I certify that I am admitted to practice in this court.

Dated: New York, New York
   April 28, 2008

                Kevin G. Horbatiuk
                Kevin G. Horbatiuk (KGH4977)
                Matthew P. Mazzola (MM7427)
                Attorneys for Defendant
                **CUNNINGHAM DUCT WORK s/h/i/a**
                **CUNNINGHAM DUCT CLEANING CO., INC.**
                RUSSO, KEANE & TONER, LLP
                26 Broadway, 28th Floor
                New York, New York 10004
                (212) 482-0001
                RKT File No. 824.078

TO:    CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**TERESITA CAYETANO**
115 Broadway 12th Floor
New York, New York 10006
(212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 28th day of April, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**TERESITA CAYETANO**
115 Broadway 12th Floor
New York, New York 10006

*Kevin G. Horbatiuk*
**KEVIN G. HORBATIUK**