KEVIN G. HORBATIUK (KG-4977)
MATTHEW P. MAZZOLA (MM-7427)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER            21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------x
TERESITA CAYETANO,                            DOCKET NO.:
                                              07 CV 05282
                    Plaintiff,

    -against-

100 CHURCH, LLC, 120 BROADWAY                 NOTICE OF
CONDOMINIUM (CONDO # 871), 120 BROADWAY       ADOPTION OF
HOLDING, LLC., 120 BROADWAY PROPERTIES,       ANSWER TO MASTER
LLC., 120 BROADWAY, LLC, 80 LAFAYETTE         COMPLAINT
ASSOCIATES, LLC., AMBIENT GROUP, INC.,
AMERICAN EXPRESS BANK, LTD., AMERCIAN
EXPRESS COMPANY, AMERICAN EXPRESS
TRAVEL RELATED SERVICES, COMPANY, INC.,
B.R.. FRIES & ASSOCIATES, INC., BFP TOWER
C CO., LLC., BFP TOWER C MM LLC.,
BLACKMON-MOORING STEAMATIC
CATASTOPHE, INC., d/b/a BMS CAT, BLUE
MILLENNIUM REALTY, LLC., BOARD OF
MANAGERS OF THE 120 BROADWAY CONDOMINIUM,
(CONDO # 871), CENTURY 21, INC.,
CITIBANK, NA., CUNNINGHAM DUCT CLEANING CO.,
GPS ENVIRONMENTAL CONSULTANTS, INC.,
GRUBB & ELLIS MANAGEMENT SERVICES,
HILLMAN ENVIRONMENTAL GROUP, LLC.,
INDOOR AIR PROFESSIONALS, INC., INDOOR
ENVIRONMENTAL TECHNOLOGY, INC.,
LAW ENGINEERING, P.C., LEHMAN
BROTHERS HOLDINGS, INC., LEHMAN

BROTHERS, INC., LEHMAN COMMERCIAL
PAPERS, INC., MAYORE ESTATES, LLC.,
MAYORE ESTATES, LLC., AND 80
LAFAYETTE ASSOCIATION, LLC., AS
TENANTS IN COMMON, MERRILL
LYNCH & CO., INC., MOODY'S
HOLDINGS, INC., ROYAL AND
SUNALLIANCE INSURANCE GROUP, PLC.,
SILVERTSTEIN PROPERTIES, INC., STONER
AND COMPANY, INC., SUN LAU REALTY CORP.,
TRAMMELL CROW CORPORATE
SERVICES, INC., TRC ENGINEERS, INC., WFP
TOWER RETAIL CO., G.P., CORP., WFP RETAIL
CO., L.P., and ZAR REALTY MANAGEMENT
CORP.,

           **Defendants.**
-----------------------------------------------------------------x

  **PLEASE TAKE NOTICE**, that defendant **CUNNINGHAM DUCT WORK s/h/i/a CUNNINGHAM DUCT CLEANING CO., INC.** ("CUNNINGHAM"), by its attorneys, RUSSO, KEANE & TONER, LLP, as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off-Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt their Answer to Master Complaint dated, August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

  **WHEREFORE**, the defendant, CUNNINGHAM demands judgment dismissing the above captioned caption action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
   April 28, 2008           Kevin G. Horbatiuk
                 Kevin G. Horbatiuk (KGH4977)
                 Matthew P. Mazzola (MM7427)
                 Attorneys for Defendant
                 **CUNNINGHAM DUCT WORK s/h/i/a**
                 **CUNNINGHAM DUCT CLEANING**
                 **CO., INC.**
                 RUSSO, KEANE & TONER, LLP
                 26 Broadway, 28th Floor
                 New York, New York 10004
                 (212) 482-0001
                 RKT File No. 824.078

TO: CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**TERESITA CAYETANO**
115 Broadway 12th Floor
New York, New York 10006
(212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 30TH day of April, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**TERESITA CAYETANO**
115 Broadway 12th Floor
New York, New York 10006

*Kevin G. Horbatiuk*
**KEVIN G. HORBATIUK**