Richard S. Mills, Esq. (RM-0206)
John P. Cookson, Esq. (JPC-9391)
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Wall Street Plaza
88 Pine Street, 24th Floor
New York, New York 10005
(212) 483-9490
*Attorneys for Defendant*
*Moody's Holdings, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
| TERESITA CAYETANO,<br><br>Plaintiff,<br><br>-against-<br><br>100 CHURCH, LLC, ET. AL.,<br><br>Defendants. | INDEX NO.: 07-CV-05282 (AKH)<br><br>**NOTICE OF ADOPTION OF MOODY'S HOLDINGS, INC.'S ANSWER <u>TO MASTER COMPLAINT</u>**<br><br>**ELECTRONICALLY FILED** |

PLEASE TAKE NOTICE that Defendant, MOODY'S HOLDINGS, INC., by its attorneys, McElroy, Deutsch, Mulvaney & Carpenter, LLP, as and for its Response to the allegations set forth in the Amended Complaint by Adoption (Amended Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated August 2, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant, MOODY'S HOLDINGS, INC., demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York

April 30, 2008

            Yours etc.,

            McElroy, Deutsch, Mulvaney & Carpenter, LLP
            *Attorneys for Defendant*
            *Moody's Holdings, Inc.*

            By: _____
            Richard S. Mills (RM-0206)
            John P. Cookson (JPC-9391)
            Wall Street Plaza
            88 Pine Street, 24th Floor
            New York, New York 10005
            (212) 483.9490

TO: Worby Groner Edelman & Napoli Bern, LLP
   115 Broadway, 12th Floor
   New York, New York 10006
   (212) 267.3700

   Gregory J. Cannata, Esq.
   Robert A. Grochow, Esq.
   233 Broadway, 5th Floor
   New York, New York 10279
   (212) 553.9206

   James E. Tyrrell, Jr., Esq.
   Patton Boggs LLP
   One Riverfront Plaza
   Newark, New Jersey 07102
   (973) 848.5600

   Thomas A. Egan, Esq.
   Fleming Zulack Williamson Zauderer, LLP
   One Liberty Plaza
   New York, New York 10006-1404
   (212) 412.9500

## CERTIFICATION OF SERVICE

I hereby certify that on the 30th day of April 2008, I electronically filed the foregoing NOTICE OF ADOPTION OF ANSWER BY DEFENDANT MOODY'S HOLDING, INC., with the Clerk of the Court using the CM/ECF System which sends notification to appearing parties.

                                        McElroy, Deutsch, Mulvaney & Carpenter LLP

                                        By: _____
                                              Richard S. Mills (RM-0206)
                                              John P. Cookson (JPC-9391)
                                              *Attorneys for Defendant*
                                              *Moody's Holdings, Inc.*
                                              Wall Street Plaza
                                              88 Pine Street, 24th Floor
                                              New York, New York 10005
                                              (212) 483-9490