Richard S. Mills, Esq. (RM-0206)
John P. Cookson, Esq. (JPC-9391)
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Wall Street Plaza
88 Pine Street, 24th Floor
New York, New York 10005
(212) 483-9490
*Attorneys for Defendant*
*Moody's Holdings, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
| TERESITA CAYETANO,<br><br>Plaintiff,<br><br>-against-<br><br>100 CHURCH, LLC, ET. AL.,<br><br>Defendants. | INDEX NO.: 07-CV-05282 (AKH)<br><br>**NOTICE OF ADOPTION OF MOODY'S HOLDINGS, INC.'S ANSWER <u>TO MASTER COMPLAINT</u>**<br><br>**ELECTRONICALLY FILED** |

PLEASE TAKE NOTICE that Defendant, MOODY'S HOLDINGS, INC., by its attorneys, McElroy, Deutsch, Mulvaney & Carpenter, LLP, as and for its Response to the allegations set forth in the Amended Complaint by Adoption (Amended Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated August 2, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the defendant, MOODY'S HOLDINGS, INC., demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York

April 30, 2008

        Yours etc.,

        McElroy, Deutsch, Mulvaney & Carpenter, LLP
        *Attorneys for Defendant*
        *Moody's Holdings, Inc.*

        By: _____
        Richard S. Mills (RM-0206)
        John P. Cookson (JPC-9391)
        Wall Street Plaza
        88 Pine Street, 24th Floor
        New York, New York 10005
        (212) 483.9490

TO:   Worby Groner Edelman & Napoli Bern, LLP
      115 Broadway, 12th Floor
      New York, New York 10006
      (212) 267.3700

      Gregory J. Cannata, Esq.
      Robert A. Grochow, Esq.
      233 Broadway, 5th Floor
      New York, New York 10279
      (212) 553.9206

      James E. Tyrrell, Jr., Esq.
      Patton Boggs LLP
      One Riverfront Plaza
      Newark, New Jersey 07102
      (973) 848.5600

      Thomas A. Egan, Esq.
      Fleming Zulack Williamson Zauderer, LLP
      One Liberty Plaza
      New York, New York 10006-1404
      (212) 412.9500

## CERTIFICATION OF SERVICE

I hereby certify that on the 30th day of April 2008, I electronically filed the foregoing NOTICE OF ADOPTION OF ANSWER BY DEFENDANT MOODY'S HOLDING, INC., with the Clerk of the Court using the CM/ECF System which sends notification to appearing parties.

                McElroy, Deutsch, Mulvaney & Carpenter LLP

By: *[signature]*
Richard S. Mills (RM-0206)
John P. Cookson (JPC-9391)
*Attorneys for Defendant
Moody's Holdings, Inc.*
Wall Street Plaza
88 Pine Street, 24th Floor
New York, New York 10005
(212) 483-9490